2:21-cv-0014-JRS-DLP

**FILED**
01/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

12-30-2020

To whom this May concern. I franklin Boger would like to File a lawsuit claim, against the Vigo Co. Jail & Also be added to the Class action claim that was Filed back in 2016, Due to the Jail Over Crowdness. I'v been a inmate since 2-13-20 (315 Day's). I was Falsly accuesd of charges that I did not commit. I have a motion to Dissmiss those charges. Since then Iv lost out on work, also lost an contract that would have allowed Me to make $800,000 a year. Vigo County Jail are still over crowding the Jail, it is not safe. Tolet's & shower's are leaking. There are inmates that is Forced to sleep on the floor, Due to overcrowdness. 108 INMATES Tested positive For COVID·19 INCluding My self. On 12-4-20 Mr. Fred Whitlock Died From COVID·19 outbreak in the Jail. We have not recieved proper Medical treatment. Im in the Most Fear of My life. I have Chest Pain's that's been ignored. Please Help us get proper Treatment Thank's Mr. Franklin BOGER #31711.