UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| FRANKLIN BOGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:21-cv-00014-JMS-MJD |
| VIGO COUNTY JAIL, | ) ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT and this action is **dismissed without prejudice**.

Date: 5/13/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. Sharpe, Clerk of Court
By: _____
    Deputy Clerk

Distribution:

FRANKLIN BOGER
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807